# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: MORAHAN, TIMOTHY § | Case No. 15-82741-TML |
| MORAHAN, JENNIFER § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 30, 2015. The undersigned trustee was appointed on March 07, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         5,840.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 2.43 |
   | Bank service fees | 20.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 5,817.57 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/06/2016 and the deadline for filing governmental claims was 05/06/2016.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,334.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,334.00, for a total compensation of $1,334.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/21/2016          By: /s/STEPHEN G. BALSLEY
                          Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-82741-TML  
**Case Name:** MORAHAN, TIMOTHY  
             MORAHAN, JENNIFER  
**Period Ending:** 06/21/16

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/10/15  
**Claims Bar Date:** 05/06/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Checking and savings accounts for family<br>   See Order to Compromise Controversy entered May 18, 2016. | 5,359.41 | 1,237.01 | | 700.00 | FA |
| 3 | Security Deposit - Landlord | 2,925.00 | 0.00 | | 0.00 | FA |
| 4 | Household furnishings | 1,600.00 | 0.00 | | 0.00 | FA |
| 5 | kids books, other books, glass trinkets, collect | 90.00 | 0.00 | | 0.00 | FA |
| 6 | Family wardrobe | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding rings | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Axa Life insurance - Policy 11201839<br>   See Order to Compromise Controversy entered May 18, 2016. | 97,708.00 | 2,120.28 | | 2,100.00 | FA |
| 9 | Savings bonds | 1,450.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 Toyota Sienna | 4,600.00 | 0.00 | | 0.00 | FA |
| 11 | 2008 Chevy Colbalt | 2,200.00 | 0.00 | | 0.00 | FA |
| 12 | Lap top, printer, scanner - personal use | 225.00 | 0.00 | | 0.00 | FA |
| 13 | lawnmower and three bicycles | 150.00 | 0.00 | | 0.00 | FA |
| 14 | 2015 Tax Refund  (u)<br>   See Order to Compromise Controversy entered May 18, 2016. | 3,040.00 | 3,040.00 | | 3,040.00 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$119,997.41** | **$6,397.29** | | **$5,840.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 20, 2016          **Current Projected Date Of Final Report (TFR):**     June 20, 2016  (Actual)

Printed: 06/21/2016 10:39 AM     V.13.28

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-82741-TML  
**Case Name:** MORAHAN, TIMOTHY  
MORAHAN, JENNIFER  
**Taxpayer ID #:** \*\*-\*\*\*2785  
**Period Ending:** 06/21/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*4366 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/16 | | Timothy and Jennifer Morahan | 2015 Tax Refund and Monthly Payment Pursuant to Order to Compromise Controversy | | 3,740.00 | | 3,740.00 |
| | {14} | | 3,040.00 | 1224-000 | | | 3,740.00 |
| | {8} | | 700.00 | 1129-000 | | | 3,740.00 |
| 04/15/16 | {2} | Jennifer Morahan | Monthly Payment Pursuant to Order to Compromise Controversy | 1129-000 | 700.00 | | 4,440.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,430.00 |
| 05/17/16 | {8} | Jennifer Morahan | Monthly Payment Pursuant to Order to Compromise Controversy | 1129-000 | 700.00 | | 5,130.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,120.00 |
| 06/03/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2016 FOR CASE #15-82741, Bond #016018067 | 2300-000 | | 2.43 | 5,117.57 |
| 06/16/16 | {8} | Jennifer Morahan | Final Monthly Payment Pursuant to Order to Compromise Controversy | 1129-000 | 700.00 | | 5,817.57 |
| | | | **ACCOUNT TOTALS** | | 5,840.00 | 22.43 | $5,817.57 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,840.00 | 22.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $5,840.00 | $22.43 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # \*\*\*\*\*\*4366** | 5,840.00 | 22.43 | 5,817.57 |
| | $5,840.00 | $22.43 | $5,817.57 |

{} Asset reference(s)                                    Printed: 06/21/2016 10:39 AM    V.13.28

# Exhibit C

## Case: 15-82741-TML  MORAHAN, TIMOTHY

Claims Bar Date: 05/06/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>10/30/15 | Voluntary reduction of attorney fees by 40% in order to allow more funds to be available for distribution to creditors. | $3,290.00<br>$1,974.00 | $0.00 | $1,974.00 |
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>10/30/15 |  | $1,334.00<br>$1,334.00 | $0.00 | $1,334.00 |
| 1 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/08/16 | Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 980830788<br>-------------------------------------------------------------------------------* * * | $666.99<br>$666.99 | $0.00 | $666.99 |
| 2 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/16/16 | Presence Health<br>PO Box 248838<br>Oklahoma City, OK 731248838<br>-------------------------------------------------------------------------------* * * | $388.22<br>$388.22 | $0.00 | $388.22 |
| 3 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/24/16 | of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>-------------------------------------------------------------------------------* * * | $765.48<br>$765.48 | $0.00 | $765.48 |
| 4 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/27/16 | PO Box 71083<br>Charlotte, NC 282721083<br>-------------------------------------------------------------------------------* * * | $308.40<br>$308.40 | $0.00 | $308.40 |

# Exhibit C

## Case: 15-82741-TML    MORAHAN, TIMOTHY

Claims Bar Date: 05/06/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured<br>03/28/16 | C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 193550701 | $672.40<br>$672.40 | $0.00 | $672.40 |
| | <7100-00   General Unsecured § 726(a)(2)>, 610 | | | | | |
| 6 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Unsecured<br>04/29/16 | c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 980830280 | $1,299.81<br>$1,299.81 | $0.00 | $1,299.81 |
| | <7100-00   General Unsecured § 726(a)(2)>, 610 | | | | | |
| 7 | Comenity Capital Bank/Paypal Credit<br>C O WEINSTEIN & RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Unsecured<br>04/29/16 | C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $333.24<br>$333.24 | $0.00 | $333.24 |
| | <7100-00   General Unsecured § 726(a)(2)>, 610 | | | | | |
| 8 | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank<br>(WALMART CREDIT CARD),POB 12914<br>Norfolk, VA 23541 | Unsecured<br>05/05/16 | Successor to Synchrony Bank<br>(WALMART CREDIT CARD),POB 41067<br>Norfolk, VA 23541 | $297.93<br>$297.93 | $0.00 | $297.93 |
| | <7100-00   General Unsecured § 726(a)(2)>, 610 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$8,040.47** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                                       Exhibit D

Case No.: 15-82741-TML
Case Name: MORAHAN, TIMOTHY
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**                       $         5,817.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $       0.00
Remaining balance:                        $   5,817.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,334.00 | 0.00 | 1,334.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,974.00 | 0.00 | 1,974.00 |

Total to be paid for chapter 7 administration expenses:   $   3,308.00
Remaining balance:                                         $   2,509.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $       0.00
Remaining balance:                                             $   2,509.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|   |   | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 2,509.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,732.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 666.99 | 0.00 | 353.70 |
| 2 | American InfoSource LP as agent for | 388.22 | 0.00 | 205.87 |
| 3 | PYOD, LLC its successors and assigns as assignee | 765.48 | 0.00 | 405.92 |
| 4 | Capital One Bank (USA), N.A. | 308.40 | 0.00 | 163.54 |
| 5 | CAPITAL ONE, N.A. | 672.40 | 0.00 | 356.57 |
| 6 | Citibank, N.A. | 1,299.81 | 0.00 | 689.27 |
| 7 | Comenity Capital Bank/Paypal Credit | 333.24 | 0.00 | 176.71 |
| 8 | Portfolio Recovery Associates, LLC | 297.93 | 0.00 | 157.99 |

|   |   | Total to be paid for timely general unsecured claims: | $ | 2,509.57 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   |   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**     0.00
Remaining balance:     $    0.00

**UST Form 101-7-TFR (05/1/2011)**