UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                              )
                                    )
**MORAHAN, TIMOTHY**                )   Bankruptcy Case No. 15-82741 TML
**MORAHAN, JENNIFER**               )   Chapter 7
                                    )
Debtor(s).                          )

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

MORAHAN, TIMOTHY
MORAHAN, JENNIFER
2981 MELBOURNE LANE
LAKE IN THE HILLS, IL 60156

HARRY P STINESPRING, IV
HAL STINESPRING & ASSOCIATES,
910 EAST OAK STREET
LAKE IN THE HILLS, IL 60156
*(via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(via ECF Electronic Transmission)*

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

American InfoSource LP as agent for
Presence Health
PO Box 248838
Oklahoma City, OK 73124-8838

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

CAPITAL ONE, N.A.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Comenity Capital Bank/Paypal Credit
C O WEINSTEIN & RILEY, PS
PO BOX 3978
SEATTLE, WA 98124-3978

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
(WALMART CREDIT CARD),POB 12914
Norfolk, VA 23541

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com