# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: MORAHAN, TIMOTHY § Case No. 15-82741-TML
      MORAHAN, JENNIFER § 
      §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $13,890.00      Assets Exempt: $110,848.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,509.57      Claims Discharged
    Without Payment: $204,350.33

Total Expenses of Administration: $3,330.43

---

    3) Total gross receipts of $ 5,840.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,840.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,646.43 | 3,330.43 | 3,330.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 206,808.02 | 4,732.47 | 4,732.47 | 2,509.57 |
| **TOTAL DISBURSEMENTS** | $206,808.02 | $9,378.90 | $8,062.90 | $5,840.00 |

4) This case was originally filed under Chapter 7 on October 30, 2015. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2016          By: /s/STEPHEN G. BALSLEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking and savings accounts for family | 1129-000 | 700.00 |
| Axa Life insurance - Policy 11201839 | 1129-000 | 2,100.00 |
| 2015 Tax Refund | 1224-000 | 3,040.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,840.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,334.00 | 1,334.00 | 1,334.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 3,290.00 | 1,974.00 | 1,974.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.43 | 2.43 | 2.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,646.43 | $3,330.43 | $3,330.43 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 666.99 | 666.99 | 666.99 | 353.70 |
| 2 | American InfoSource LP as agent for | 7100-000 | 337.75 | 388.22 | 388.22 | 205.87 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 765.00 | 765.48 | 765.48 | 405.92 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 308.40 | 308.40 | 308.40 | 163.54 |
| 5 | CAPITAL ONE, N.A. | 7100-000 | 672.40 | 672.40 | 672.40 | 356.57 |
| 6 | Citibank, N.A. | 7100-000 | 1,299.81 | 1,299.81 | 1,299.81 | 689.27 |
| 7 | Comenity Capital Bank/Paypal Credit | 7100-000 | 333.24 | 333.24 | 333.24 | 176.71 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 297.00 | 297.93 | 297.93 | 157.99 |
| NOTFILED | Ditech | 7100-000 | 30,842.78 | N/A | N/A | 0.00 |
| NOTFILED | Credit Managment LP/WOW Cable | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Bank/Torrid | 7100-000 | 234.51 | N/A | N/A | 0.00 |
| NOTFILED | Children's Surgical Foundation | 7100-000 | 71.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Citi Cards CBNA | 7100-000 | 4,987.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook Law Magistrate | 7100-000 | 1,070.00 | N/A | N/A | 0.00 |
| NOTFILED | Lurie Children's | 7100-000 | 643.09 | N/A | N/A | 0.00 |
| NOTFILED | The Oaks Improvement Association | 7100-000 | 5,155.75 | N/A | N/A | 0.00 |
| NOTFILED | Village of Streamwood | 7100-000 | 471.38 | N/A | N/A | 0.00 |
| NOTFILED | Regions Mortgages | 7100-000 | 151,069.61 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Community Hospital | 7100-000 | 50.96 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Radiologists Imaging Assoc. | 7100-000 | 45.04 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA | 7100-000 | 5,786.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Medical Hospital McHenry | 7100-000 | 313.25 | N/A | N/A | 0.00 |
| NOTFILED | Advocage Medical Group | 7100-000 | 30.69 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital Woodstock | 7100-000 | 893.57 | N/A | N/A | 0.00 |
| NOTFILED | Ann and Robert Lurie Children's Hos | 7100-000 | 39.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health Bridge | 7100-000 | 147.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Physician Care | 7100-000 | 11.80 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $206,808.02 | $4,732.47 | $4,732.47 | $2,509.57 |

**UST Form 101-7-TDR (10/1/2010)**

Case 15-82741    Doc 50    Filed 12/08/16    Entered 12/08/16 15:15:23    Desc Main
Document      Page 6 of 8

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82741-TML  
**Case Name:** MORAHAN, TIMOTHY  
MORAHAN, JENNIFER  
**Period Ending:** 11/08/16

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/10/15  
**Claims Bar Date:** 05/06/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Checking and savings accounts for family<br>　See Order to Compromise Controversy entered May 18, 2016. | 5,359.41 | 1,237.01 | | 700.00 | FA |
| 3 | Security Deposit - Landlord | 2,925.00 | 0.00 | | 0.00 | FA |
| 4 | Household furnishings | 1,600.00 | 0.00 | | 0.00 | FA |
| 5 | kids books, other books, glass trinkets, collect | 90.00 | 0.00 | | 0.00 | FA |
| 6 | Family wardrobe | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding rings | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Axa Life insurance - Policy 11201839<br>　See Order to Compromise Controversy entered May 18, 2016. | 97,708.00 | 2,120.28 | | 2,100.00 | FA |
| 9 | Savings bonds | 1,450.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 Toyota Sienna | 4,600.00 | 0.00 | | 0.00 | FA |
| 11 | 2008 Chevy Colbalt | 2,200.00 | 0.00 | | 0.00 | FA |
| 12 | Lap top, printer, scanner - personal use | 225.00 | 0.00 | | 0.00 | FA |
| 13 | lawnmower and three bicycles | 150.00 | 0.00 | | 0.00 | FA |
| 14 | 2015 Tax Refund  (u)<br>　See Order to Compromise Controversy entered May 18, 2016. | 3,040.00 | 3,040.00 | | 3,040.00 | FA |
| 14 | **Assets**    Totals (Excluding unknown values) | **$119,997.41** | **$6,397.29** | | **$5,840.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 20, 2016          **Current Projected Date Of Final Report (TFR):**    June 20, 2016  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-82741-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | MORAHAN, TIMOTHY | | Bank Name: | Rabobank, N.A. |
| | MORAHAN, JENNIFER | | Account: | ******4366 - Checking Account |
| Taxpayer ID #: | **-***2785 | | Blanket Bond: | $6,620,000.00  (per case limit) |
| Period Ending: | 11/08/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/16 | | Timothy and Jennifer Morahan | 2015 Tax Refund and Monthly Payment Pursuant to Order to Compromise Controversy | | 3,740.00 | | 3,740.00 |
| | {14} | | 3,040.00 | 1224-000 | | | 3,740.00 |
| | {8} | | 700.00 | 1129-000 | | | 3,740.00 |
| 04/15/16 | {2} | Jennifer Morahan | Monthly Payment Pursuant to Order to Compromise Controversy | 1129-000 | 700.00 | | 4,440.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,430.00 |
| 05/17/16 | {8} | Jennifer Morahan | Monthly Payment Pursuant to Order to Compromise Controversy | 1129-000 | 700.00 | | 5,130.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,120.00 |
| 06/03/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2016 FOR CASE #15-82741, Bond #016018067 | 2300-000 | | 2.43 | 5,117.57 |
| 06/16/16 | {8} | Jennifer Morahan | Final Monthly Payment Pursuant to Order to Compromise Controversy | 1129-000 | 700.00 | | 5,817.57 |
| 08/18/16 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,974.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 1,974.00 | 3,843.57 |
| 08/18/16 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,334.00, Trustee Compensation;  Reference: | 2100-000 | | 1,334.00 | 2,509.57 |
| 08/18/16 | 104 | Quantum3 Group LLC as agent for | Dividend paid 53.02% on $666.99; Claim# 1; Filed: $666.99; Reference: | 7100-000 | | 353.70 | 2,155.87 |
| 08/18/16 | 105 | American InfoSource LP as agent for | Dividend paid 53.02% on $388.22; Claim# 2; Filed: $388.22; Reference: | 7100-000 | | 205.87 | 1,950.00 |
| 08/18/16 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 53.02% on $765.48; Claim# 3; Filed: $765.48; Reference: | 7100-000 | | 405.92 | 1,544.08 |
| 08/18/16 | 107 | Capital One Bank (USA), N.A. | Dividend paid 53.02% on $308.40; Claim# 4; Filed: $308.40; Reference: | 7100-000 | | 163.54 | 1,380.54 |
| 08/18/16 | 108 | CAPITAL ONE, N.A. | Dividend paid 53.02% on $672.40; Claim# 5; Filed: $672.40; Reference: | 7100-000 | | 356.57 | 1,023.97 |
| 08/18/16 | 109 | Citibank, N.A. | Dividend paid 53.02% on $1,299.81; Claim# 6; Filed: $1,299.81; Reference: | 7100-000 | | 689.27 | 334.70 |
| 08/18/16 | 110 | Comenity Capital Bank/Paypal Credit | Dividend paid 53.02% on $333.24; Claim# 7; Filed: $333.24; Reference: | 7100-000 | | 176.71 | 157.99 |
| 08/18/16 | 111 | Portfolio Recovery Associates, LLC | Dividend paid 53.02% on $297.93; Claim# 8; Filed: $297.93; Reference: | 7100-000 | | 157.99 | 0.00 |

Subtotals :    $5,840.00    $5,840.00

{} Asset reference(s)

Printed: 11/08/2016 01:47 PM    V.13.28


Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-82741-TML | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | MORAHAN, TIMOTHY | | **Bank Name:** | Rabobank, N.A. |
| | MORAHAN, JENNIFER | | **Account:** | ******4366 - Checking Account |
| **Taxpayer ID #:** | **-***2785 | | **Blanket Bond:** | $6,620,000.00 (per case limit) |
| **Period Ending:** | 11/08/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ACCOUNT TOTALS | | 5,840.00 | 5,840.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,840.00 | 5,840.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,840.00** | **$5,840.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4366** | 5,840.00 | 5,840.00 | 0.00 |
| | $5,840.00 | $5,840.00 | $0.00 |

{} Asset reference(s)

Printed: 11/08/2016 01:47 PM    V.13.28